FILED'10 APR 21 7:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANDALL SCOTT ALLOWAY,<br><br>    Defendant. | 07-CR-268-01-BR<br><br>AMENDED ORDER DENYING MOTION FOR ENLARGEMENT OF TIME FOR SATISFACTION OF SUPERVISED RELEASE STANDARD CONDITION NUMBER ONE |

**BROWN, Judge.**

    On October 6, 2008, this Court sentenced Defendant to the custody of the Bureau of Prisons for a period of 33 months to be followed by a three-year term of supervised release subject to standard and special conditions.

    On April 14, 2010, Defendant, through his attorney, filed a Motion to extend the time for reporting to the Probation Office

1 - ORDER

in the District of Oregon to May 6, 2010.

The Court has obtained the recommendation of Senior U.S. Probation Officer John Siebenaler to deny this Motion. Mr. Siebenaler conferred with the Eastern District of Tennessee Probation office to request courtesy supervision of Defendant while in Tennessee, but his request was denied. Mr. Siebenaler also learned Defendant's aunt, Maxine Summers, is no longer willing to have Defendant stay with her.

Based on this record in its entirety and in the exercise of the Court's discretion, the Court **DENIES** Defendant's Motion. In light of the fact that Defendant is to be released today, April 20, 2010, such that his supervised release likewise begins today, the Court directs Defendant to report to the Probation Office in this District no later than Friday, April 23, 2010.

**IT IS SO ORDERED.**

DATED this 20th day of April, 2010.

_____
ANNA J. BROWN
United States District